| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 20 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: TORI BRYANT, Esquire, Admitted to the bar of the Ninth Circuit: November 20, 2018,

　　　　Respondent.

No.　19-80173

ORDER

Before: TALLMAN, CHRISTEN, and NGUYEN, Circuit Judges.

On April 7, 2020, this court reinstated respondent Tori Bryant to this court's bar following a period of reciprocal suspension.

Since her reinstatement, Bryant has continued to miss deadlines and fail to respond to court orders in many of the petitions for review in which she has appeared. For example, nine petitions filed by Bryant are currently awaiting overdue opening briefs, and at eight additional petitions filed by Bryant were dismissed for failure to prosecute.

Within 28 days of this order, respondent Bryant is directed to show cause why she should not be suspended or disbarred for repeated failure to comply with this court's rules and orders, and for conduct unbecoming a member of this court's bar. *See* Fed. R. App. P. 46(b)(1)(B); 9th Cir. R. 46-2(a), (d), (i); Gen. Ord. 12.9(a); Circuit Advisory Note to 9th Cir. R. 46-2; *see also Chambers v. Nasco, Inc.*, 501 U.S. 32, 45-50 (1991).

AT/MOATT

If Bryant does not request a hearing within 28 days, Bryant will be deemed to have waived her right to a hearing. *See* Fed. R. App. P. 46(b), (c); 9th Cir. R. 46-2(d). If Bryant does not file a response to this order within 28 days, the court will take disciplinary action without further notice. *Id.*